**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


IN RE: THE ESTATE OF WILLIAM K.    :  No. 345 WAL 2018
MCALEER, DECEASED             :
                                    :
                                    :  Petition for Allowance of Appeal from
PETITION OF: WILLIAM MCALEER    :  the Order of the Superior Court


## ORDER


**PER CURIAM**

     **AND NOW**, this 4th day of February, 2019, the Petition for Allowance of Appeal is

**GRANTED.** The issue, as stated by Petitioner, is:


     Do the attorney-client privilege and work product doctrines protect
communications between a trustee and counsel from discovery by beneficiaries
when the communications arose in the context of adversarial proceedings between
the trustees and beneficiaries?